UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELINA ANDERSON, individually and as successor-in-interest to decedent Carlos Baires,**<br><br>**Plaintiff**<br><br>v.<br><br>**THE COUNTY OF FRESNO, FRESNO COUNTY SHERIFF DEPUTY JOHN ROBINSON, CALIFORNIA HIGHWAY PATROL OFFICER STEVE SWANSON, and DOES 1-30 inclusive,**<br><br>**Defendants** | CASE NO. 1:21-CV-0589 AWI HBK<br><br>**ORDER ON DEFENDANTS' RULE 60(a) MOTION TO CORRECT and ORDER CORRECTING OCTOBER 28, 2022 ORDER** *NUNC PRO TUNC*<br><br>(Doc. Nos. 27, 29) |

On October 28, 2022, the Court granted a Rule 41(b) motion by the County of Fresno and Deputy John Robinson ("the County Defendants") and dismissed the case without prejudice for failure to prosecute. See Doc. No. 27. On November 1, 2022, the County of Fresno and Deputy Robinson filed a Rule 60(a) motion to correct a clerical mistake in the Rule 41(b) order. See Doc. No. 28  At page 2, lines 12-13, the order states that the County Defendants filed a reply in which they requested that dismissal be without prejudice. See id. However, as the County Defendants point out, the reply referenced in the order was actually filed by Plaintiff. Cf. id. with Doc. No. 22. The County Defendants request that the Court correct the clerical error to reflect that Plaintiff was the party who requested dismissal be without prejudice. See Doc. No. 28. To date, no other party has responded to the County Defendants' motion. Given the nature of the motion to correct, as well as the absence of a response from any other party in this case, the Court will grant the County Defendants' motion and correct the Rule 41(b) order *nunc pro tunc.*

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The County Defendants' motion (Doc. No. 29) to correct the October 28, 2022 Rule 41(b) Order is GRANTED;

2. The October 28, 2022 Rule 41(b) Order (Doc. No. 27) at Page 2, Lines 12 through 13 is CORRECTED *NUNC PRO TRUNC* to now read in pertinent part as follows: ". . . and Anderson filed a reply in which she requested that the dismissal be without prejudice."

IT IS SO ORDERED.

Dated:   December 12, 2022

SENIOR DISTRICT JUDGE